FRANCIS M. GUMBES et al., Appellants, *v.* CHARLES M. HICKS et al., Respondents.

*Gumbes* v. *Hicks,* 116 App. Div. 120, affirmed.
(Submitted November 21, 1907; decided December 10, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 21, 1906, which reversed an order of the Broome County Court denying a motion for the vacation of a warrant of attachment and granting said motion.

The following question was certified: " Were the papers upon which the warrant of attachment was granted sufficient to authorize the county judge to grant said attachment? "

*C. H. Hitchcock* for appellants.

*Albert S. Barnes* and *Hiram Mintz* for respondents.

Order affirmed, with costs ; questions certified answered in the negative ; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.